UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FLORENCIO AVILA CACHU,

        Petitioner,

vs.

Case No. 07-CV-15175
HON. GEORGE CARAM STEEH

MICHAEL CHERTOFF, Secretary of
Homeland Security, et al.,

        Respondents.

_____/

ORDER GRANTING MOTION FOR STAY OF REMOVAL OF PETITIONER
FLORENCIO CACHU (#2)

This court issued a December 12, 2007 Order directing respondents to show cause within three days of service of the Order why a writ of habeas corpus should not issue in favor of petitioner Florencio Avila Cachu. Petitioner filed an emergency motion to stay removal on December 12, 2007. To assure meaningful review,

Petitioner's emergency motion to stay removal is hereby GRANTED. Petitioner's removal is hereby STAYED until further order of the court.

    SO ORDERED.

Dated: December 13, 2007

                      s/George Caram Steeh
                      GEORGE CARAM STEEH
                      UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
December 13, 2007, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk